**MEMO ENDORSED**



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial
(212) 416-8367

16 2008
UNITED STATES DISTRICT JUDGE

June 16, 2008

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: **Ekaterina Schoenefeld v. State of New York**
S.D.N.Y. Case No. 08 CV. 3269

Dear Judge Buchwald:

This Office represents the State of New York in the above-referenced action.

We write to seek the Court's permission extending the State Defendant's time to respond to the Complaint until July 9, 2008. Originally the response was to be served on Plaintiff on June 19, 2008. Plaintiff, who is appearing Pro Se, has consented to this request. No previous request for an extension of this date has been made.

Respectfully submitted,

Charles F. Sanders CFS 3574
Kate Burson
*Assistant Attorneys General*

cc: Ekaterina Schoenefeld
    **Plaintiff Pro Se**

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

TOTAL P.02